Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
MATTHEW C. JAIME (SBN 140340)
SARAH M. WOOLSTON (SBN 320510)
3638 American River Drive
Sacramento, California 95864
Telephone:     (916) 978-3434
Facsimile:     (916) 978-3430

Attorneys for Defendant, COSTCO WHOLESALE
CORPORATION

**SPINELLI, DONALD & NOTT**
A Professional Corporation
ROSS R. NOTT (State Bar No. 172235)
601 University Avenue, Suite 225
Sacramento, CA 95825
Telephone: (916) 448-7888
Facsimile: (916) 448-6888
Email: RossN@SDNLaw.com

Attorneys for Plaintiff,
MARY BERKELEY

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY BERKELEY, | Case No. 2:18-cv-02173-TLN-DB |
| Plaintiff, | **STIPULATION AND ORDER RE: PHYSICAL EXAMINATION OF PLAINTIFF MARY BERKELEY** |
| v. | |
| COSTCO WHOLESALE CORPORATION, and DOES 1 to 25, inclusive, | |
| Defendant. | |

Plaintiff MARY BERKELEY ("Plaintiff") and Defendant COSTCO WHOLESALE CORPORATION ("Defendant") agree and stipulate that Plaintiff shall submit to a physical examination pursuant to Federal Rules of Civil Procedure, Rule 35:

1.     A controversy exists regarding the physical condition of Plaintiff and good cause exists for a physical examination of Plaintiff.

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

2.      The examination will be conducted for the purpose of determining the nature and extent of Plaintiff's physical injuries.

3.      The scope of the examination will be the physical injuries at issue in litigation, including, but not limited to, right ankle, neck, back, bilateral wrist and bilateral shoulder injuries.

4.      The physical examination will be conducted by Michael R. Klein, Jr., M.D., F.A.C.S., M.R.K. of Medical Consultants—the independent medical exam physician retained by Defendant. Attached to this stipulation as **Exhibit A** is a true and correct copy of Dr. Klein's Curriculum Vitae setting forth his qualifications and background.

5.      The date and time for the physical examination will be August 7, 2019 at 10:00 a.m.

6.      The location for the examination is: Medical Consultants, 6555 Coyle Ave., Suite 235, Carmichael, CA 95608.

7.      Dr. Klein's contact information is: Phone (916) 863-7301 and Fax: (916) 863-7206.

8.      It is further stipulated that Defendant will be responsible for the fees associated with this examination.

9.      However, Plaintiff agrees to reasonably comply with Dr. Klein's cancellation policy and must advise Defendant if she is unable to attend the examination at least five days (exclusive of weekends and holidays) before the examination.

**SPINELLI DONALD NOTT**

DATED: August 6, 2019          BY:   /s/ Ross Nott, Esq.
                                      ROSS NOTT, ESQ.,
                                      Attorney for Plaintiff, MARY BERKELEY

DATED: August 6, 2019          **MATHENY SEARS LINKERT & JAIME LLP**

                               BY:  /s/ Matthew C. Jaime, Esq.
                                      MATTHEW C. JAIME, ESQ.,
                                      Attorney for Defendant, COSTCO
                                      WHOLESALE CORPORATION

2

*STIPULATION RE: PHYSICAL EXAMINATION OF PLAINTIFF MARY BERKELEY*

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

## <u>ORDER</u>

Pursuant to Plaintiff and Defendant's STIPULATION RE: PHYSICAL EXAMINATION OF PLAINTIFF MARY BERKELEY and for good cause shown, the above STIPULATION RE: PHYSICAL EXAMINATION OF PLAINTIFF MARY BERKELEY is accepted, adopted, and made the Order of the Court.

**IT IS SO ORDERED**.

Dated: August 7, 2019

_____
Troy L. Nunley
United States District Judge

*STIPULATION RE: PHYSICAL EXAMINATION OF PLAINTIFF MARY BERKELEY*

# CURRICULUM VITAE

## Michael R. Klein, JR., M.D., F.A.C.S.
## M.R.K. Medical Consultants

6555 Coyle Avenue, Suite 235             Carmichael, California 95608
916/863-7301             Fax:  916/863-7206

## EDUCATION:

University of Miami School of Medicine, Miami, Florida
     September, 1963 - June, 1966 - M.D.
Drexel University, Philadelphia, Pennsylvania
     September, 1959 - June, 1963 - M.S. Anatomy
University of Missouri at Kansas City, Missouri
     January, 1958 - June, 1959 - B.S. Biology
University of Kansas, Lawrence, Kansas
     September, 1955 - January, 1958
Westport High School, Kansas City, Missouri
     September, 1952 - June, 1955

## POST GRADUATE TRAINING AND EXPERIENCE:

Rotating Internship, USAF Hospital Scott, Scott AFB, Illinois
     July, 1966 - July, 1967
General Medical Officer, Rhein-Main Air Base, Germany
     August, 1967 - July, 1971
Chief, Dispensary Services, Rhein-Main Air Base, Germany
     July 1969 - July 1971
Orthopedic Surgery Residency, Wilford Hall USAF Medical Center, Lackland AFB, Texas
     July, 1971 - July, 1975
Staff Orthopedic Surgeon, USAF Hospital Mather, Mather AFB, California
     July, 1975 - July, 1977
Private Practice, Orthopedics, July 1977 to Present
     Subspecialty - Baromedicine.

## ACADEMIC APPOINTMENTS:

Clinical Professor, Department of Orthopaedic Surgery
University of California Davis, Sacramento Medical Center, appointed 1999

Facilitator, Resident Journal Club
   Department of Orthopedics
   UCD-School of Medicine
   January 1999 to present

Instructor, Applied Medical Principles Course
   University of California, School of Medicine, Davis, California
   November 8, 15, & 29, 2001
   November 15, 22 & December 1, 2002
   May 12, 19 & 26, 2005
   May 11, 18, & 25, 2006

## DIRECTORSHIP/BOARD POSITIONS

Northern California Orthopedic Centers, Inc.
   Medical Director, January 1995 – January 1997
   Board of Directors, January 1995 – September 1999

California Physicians Alliance, Inc.
   Board of Directors, January 1996 – September 1999
   Chairman – Contracts and Capitation Committee

Adesso Medical Specialty, Inc.
   Director, Orthopedic Division, May 1996 – February, 1999

Mercy Court Condominium Association
   6600 Mercy Court, Fair Oaks, California, 2000 –2004

## CONSULTANT POSITIONS

Eskaton Care Center - Manzanita
   Associate Medical Director for Rehabilitation, 06/01/08 – 12/31/08
   Carmichael, CA 95608

Physicians' Review Network,  Phoenix, AZ
   Orthopedic Consultant, 06/01/08 – 12/31/09

Consultants Medical Group, Las Vegas, NV  89102
   Orthopedic Consultant  09/01/05 - present

Network Medical Review, Rockford, IL
   Orthopedic Consultant, 06/01/09 – 12/31/09

Shriners Hospital for Children, Sacramento, CA
Orthopedic Consultant for Biannual Screening Clinics for Scoliosis & Cerebral Palsy

## REVIEWER POSITION

Journal of Bone & Joint Surgery, Needham, MA 2009 – Present.

Contributor/Facilitator – SpineConnect
North America Spine Society 2015 – Present

## HONORS/AWARDS

Outstanding Clinical Faculty Member for 2011-2012 Academic Year
Department of Orthopedic Surgery, University of California, Davis

United States Air Force Commendation Medal, July 1971
Drug Abuse Control Officer, Rhein-Main Air Base, Germany, 1969-1971

## EDITORSHIP:

WebMD- 2008
Rotator Cuff Tears
Exercise
Back Pain
Spinal Disk Problems
Sprains/Strains
Tendonitis
Understanding Dislocation
Gout
Understanding Fractures
Understanding Spondylitis
WebMD- 2009
Knee Injuries
Back Pain
Osteoporosis
Ankylosing Spondylitis
Stress Fractures

## HOSPITAL APPOINTMENTS:

Mercy San Juan Medical Center, Carmichael, California
   Consulting Staff

Mercy San Juan Surgery Center, Carmichael, California
   Active Staff

## COMMITTEE WORK:
North American Spine Society, Burr Ridge, Il
Member 2009-present
Evidence-based Medicine Committee,2016 - present
Professional Ethics Committee,2017 - present

North American Spine Society – SpinePAC –Co-Chair Advisory Committee,2017

Sacramento-El Dorado Medical Society - Member, Medical-Legal Committee
   January 1, 1990 - January 1994; January, 1995 - 2015

Mercy San Juan Medical Center - By Laws
   1982-1984; 1990-1994

Sacramento-El Dorado Medical Society - Peer Review Committee
   1993-1994

Mercy San Juan/Mercy American River, Chairperson, Judicial Review Comm.
   April 5, 1994

Mercy San Juan Medical Center, Secretary/Treasurer of the Medical Staff
   April, 1988-April, 1990

Mercy San Juan Medical Center, Member, Medical Executive Committee
   1983-1991, 1998-2000

Mercy San Juan Medical Center, Member, Surgical Perioperative Committee
   1997-2000

Mercy San Juan Medical Center, Chairman, Department of Surgery
   1983-1985

Mercy San Juan Medical Center, Surgery committee
   1979-1988

Mercy San Juan Medical Center, Medical Director, Hyperbaric Unit
   1982-1987

Mercy San Juan Medical Center, Chairman, Orthopedic Subsection
   1979-1981

Mercy San Juan Medical Center, Intensive Care Committee

1977-1980

Mercy San Juan Medical Center, Planning Committee
1983-1987

Mercy San Juan Medical Center, Associate Director, Disability Evaluation Center of
Northern California, 1984-1986

Mercy San Juan Medical Center, Member, Finance Committee
1986-April, 1991

Mercy San Juan Medical Center, Member, Joint Surgical Practice Committee
1989-2000

Mercy San Juan Medical Center, Member, Laser Committee
1990-1992

Mercy San Juan Medical Center, Member, Library and Education Committee
1989-1992

Mercy San Juan Medical Center, Member, Physicians Health Committee
January 2000 –December, 2005
Chairperson, January 2006- Present

Mercy San Juan Medical Center, Member, Interdisciplinary Practice Committee
January 2000 – 2004
Vice Chair, January, 2002 –2004

Sacramento County Trauma Audit Committee
September, 1991 - September, 1996

Mercy San Juan Medical Center, Director of Orthopaedic Trauma
(Level II Trauma Center), September 1996 – September 1999

## COMMUNITY SERVICE:

Mosaic Law Congregation, Sacramento, California
Built stage sets and light; performed the role of Mordcha in "Fiddler on the Roof",
February 1979.

Mosaic Law Congregation, Sacramento, California
Built stage sets and performed the role of Vinnie in "The Odd Couple", February
1981

Temple Or Rishon, Orangevale, California
Building Committee, January 1996 – October 2000

Temple Or Rishon, Orangevale, California
Technical Director, *"Purimspiel Tonight"*, February, 2001

## PUBLIC SERVICE FOR NATIONAL ORGANIZATIONS:

American College of Surgeons, Committee on Applicants, Northern California,
    October 16, 2000 –June 2006

California Orthopedic Association
    Facilitator for MOC re-certification; questions based on OKU-9
    February 2009

North American Spine Society:
August 3, 2017 – Co-hosted SpinePAC dinner,Los Angeles,CA
                    Speaker: Congressman Raul Ruiz, MD
January 25,2018 – Co-hosted SpinePAC dinner, San Francisco,CA
                    Speaker: Congressman Ami Bera, MD
May 31, 2018 – Co-hosted SpinePAC dinner, Scottsdale,AZ
                    Speaker: Congressman


## MEETING AND COURSES ATTENDED/CONTINUING MEDICAL EDUCATION:

| | |
|---|---|
| January 1972 | Instructional Course Lectures, American Academy of Orthopedic Surgeons Meeting, Washington, D.C. |
| January, 1972 | American Society for Surgery of the Hand, Washington, D.C. |
| June 2-17, 1972 | Prosthetics-Orthopedics Course, UCLA, Los Angeles, California |
| September, 1972 | Symposium on the Hand, Brooke Army Medical Center, San Antonio, Texas |
| November, 1972 | Society of Military Orthopedic Surgeons, Portsmouth, Virginia |
| February, 1973 | Instructional Course Lectures, American Academy of Orthopedic Surgeons Meeting, Las Vegas, Nevada |
| February, 1973 | American Society for Surgery of the Hand, Las Vegas, Nevada |
| September, 1973 | What's New in Orthopedics, San Antonio, Texas, A.A.O.S. |
| September 24, 1973 - | Orthopedic Pathology Course, Air Force Institute of Pathology, |
| November 6, 1973 | Washington, D.C. |
| January, 1974 | Instructional Course Lectures, American Academy of Orthopedic Surgeons' Meeting, Dallas, Texas |
| January, 1974 | American Society for Surgery of the Hand, Dallas, Texas |

| | |
|---|---|
| January, 1974 | Clinical Orthopedic Society, San Antonio, Texas |
| November, 1974 | Society of Military Orthopedic Surgeons, Colorado Springs, Colorado |
| November, 1974 | Upper Extremity Trauma: Pitfall and Complications, San Antonio, Texas, A.A.O.S. |
| February, 1976 | Instructional Course Lectures, American Academy of Orthopedic Surgeons' Meeting, New Orleans, Louisiana |
| April, 1976 | Common Foot Problems, A.A.O.S., Sacramento, California, |
| April, 1976 - | Orthopedic Pathology Course, Kaiser Hospital, Oakland, California, |
| September, 1976 | (weekly)    James Johnston, M.D. |
| February, 1977 | Instructional Course Lectures, American Academy of Orthopedic Surgeons' Meeting, Las Vegas, Nevada |
| February, 1977 | American Society for Surgery of the Hand, Las Vegas, Nevada |
| February, 1977 | American Hip Society, Las Vegas, Nevada |
| March, 1977 | Internal Fixation of Fractures, ASIF, South Lake Tahoe, California |
| April 6-8, 1978 | Musculoskeletal Trauma: Present State of the Art, San Francisco, California, A.A.O.S. |
| April 24-27, 1978 | Primary and Revision Arthroplasty of the Hip, A.A.O.S. Surgeons, Three-Day Course, Hyatt Hotel, Incline, Nevada |
| May 20, 1978 | American College of Surgeons, Northern California Chapter Meeting, San Francisco, California |
| December 13-15, 1978 | Practical Treatment of Hand, Wrist and Forearm Problems, San Antonio, Texas, A.A.O.S. |
| February 22-27, 1979 | American Academy of Orthopedic Surgeons, San Francisco, California |
| June 7-9, 1979 | Fourth Annual Conference on Clinical Application of Hyperbaric Oxygen, Long Beach, California |
| November 26-30, 1979 | The Adult Hip and Knee, Hyatt Regency Hotel, Los Angeles, California, A.A.O.S., |
| February, 1980 | Completed SESAP III, sponsored by the American College of Surgeons |
| June 11-13, 1980 | Fifth Annual Conference on Clinical Application of Hyperbaric |

|  |  |
|---|---|
|  | Oxygen, Long Beach, California, Memorial Hospital Medical Center of Long Beach |
| February, 1981 | American Academy of Orthopedic Surgeons, Las Vegas, Nevada, |
| June, 1982 | Sixth Annual Conference on Clinical Application of Hyperbaric Oxygen, Medical Center of Long Beach |
| October 3, 1981 | Hyperbaric Medicine Symposium, III, Sacramento, California, sponsored by Sacramento Hyperbaric Medicine |
| June, 1982 | Seventh Annual Conference on Clinical Application of Hyperbaric Oxygen, Medical Center of Long Beach |
| July 23-24, 1982 | University of California, Irvine, Second Annual Course on External Fixation, Hoffman and Ace-Fischer Techniques, Anaheim, California |
| 1983, 1984 | Self-Assessment Education, Sponsored by A.A.O.S. |
| March 24 & 26, 1983 | Surgical Application of Hyperbaric Oxygen, New York, New York |
| November 15, 1983 | Immediate Stabilization of Open Fractures, the UCD Experience, Sacramento, California |
| June 22, 1984 - | Ninth Annual Conference on Clinical Application of Hyperbaric |
| July 15, 1984 | Oxygen, Acapulco, Mexico |
| August 19-22, 1984 | Eighth International Congress on Hyperbaric Medicine, Long Beach, California |
| January 27-30, 1985 | Winter Symposium of Clinical Application of Hyperbaric Oxygen, Porter Memorial Hospital, Denver, Colorado |
| October 25, 1986 | Advanced Technologies in Total Knee Replacement, Hyatt Hotel, Miami, Florida |
| November 21, 1987 | Diabetes and the Insensitive Foot: "Medical and Podiatric Management," California College of Podiatric Medicine |
| May 3-5, 1990 | Revision Arthroplasty of the Hip and Knee, Registry Resort, Phoenix, Arizona |
| May 19, 1990 | American College of Surgeons, Northern California Chapter Meeting, Management and Diagnosis of Thrombo-embolism, PARC 55 Hotel, San Francisco, California |
| June 10-15, 1990 | "Issues of Law and Medicine" - American College of Emergency Physicians; University of Hawaii |

| | |
|---|---|
| December 2-6, 1990 | The Government Institute, Maui Marriott Hotel, Maui, Hawaii |
| November 2-9, 1991 | The 13th International Seminar on Operative Arthroscopy, U.C.L.A., Kauai, Hawaii |
| May 2-3, 1992 | "The Cutting Edge of Total Knee Arthroplasty" - Southern California Orthopedic Institute, Carlsbad, California |
| August 14-15, 1992 | "Total Hip and Knee Arthroplasty: Issues of the 90's" - Education Design, Napa, California |
| October 31, 1992 & November 7, 1992 | The 14th International Seminar on Operative Arthroscopy - U.C.L.A., Maui, Hawaii, |
| February, 1993 | American Academy of Orthopedic Surgeons 60th Annual Meeting, San Francisco, California |
| May 20-21, 1994 | New Techniques and Technologies in Total Hip Replacement, A.A.O.S., San Francisco, California |
| May 21, 1994 | QME Examination Review Course, Medical Management Institute, San Francisco, California |
| January 21-22, 1995 | "Taking Charge"; A.A.O.S., Scottsdale, Arizona |
| April 19-23, 1995 | Current Perspectives of Trauma, A.A.O.S., Santa Fe, New Mexico |
| February 12-17, 1997 | A.A.O.S. Annual Meeting, San Francisco, California |
| October 4-10, 1998 | Orthopaedic Trauma Association, Annual Meeting, Vancouver, B.C., Canada |
| November 3-5, 2000 | "Review and Update for Practicing Orthopedic Surgeons", A.A.O.S., Seattle, Washington |
| June 21-22, 2001 | Graduate Research Symposium, UCD Medical Center |
| | Sacramento, California |
| October 31 - | North American Spine Surgery Conference, |
| November 3, 2001 | Seattle, Washington |
| July 27-31, 2003 | "Spine Across the Sea, 2003", ,North American Spine Society, Maui, Hawaii |
| November 16-19, 2005 | Advanced Diagnosis and Treatment for Neck and Back pain, American Back Society, San Francisco, CA |
| November 16-19, 2005 | Pain Management, American Back Society, San Francisco, CA |

| | |
|---|---|
| April 25-27, 2006 | Musculoskeletal MRI, Educational symposia, Las Vegas, NV |
| July 27, 2007 | Shoulder to Hand: Hot Topics in 2007, California Pacific Medical Center, San Francisco, CA |
| August 24, 2007 | Recognizing and Responding to Bioterrorism and Other, Public Health Emergencies, Texas Dept of State Health Services |
| August 26, 2007 | Pathogens on a plane: The XDR-TB case in the age of bioterror, AHC Media LLC, Atlanta, GA |
| August 26, 2007 | Dark Vision: Medical countermeasures against the next wave of bioterror. AHC Media LLC, Atlanta, GA |
| January 7-10, 2008 | Creativity and Madness Conference,       Marriott Wailea Beach Resort, Maui, Hawaii |
| January 13-16, 2008 | Orthopedics Today: Total Joint and Sports Medicine, Westin Maui Resort, Maui, Hawaii |
| March 5-9, 2008 | American Academy of Orthopedic Surgeons, San Francisco, CA. Instructional Course Lectures:  Cervical Spine: Neck Pain & Radiculopathy; Traumatic Injuries of the Cervical Spine; Pathopysciology & Treatment of Lumbar Spinal Stenosis; and Lumbar Spine: The Herniated Disc |
| August 15-16,2008 | AO Management of the Geriatric Fracture Patient; Omni Hotel, San Diego, Ca |
| September 10,2008 | Telling the Whole Truth: Orthopedists as Expert Witnesses and The Grievance Process. American Academy of Orthopedic Surgeons |
| January 1, 2008 | Medscape  AMA PRA Category 1 Credit |
| February 25, 2009 | A.A.O.S. Annual Meeting, Las Vegas, NV |
| June 17-20, 2009 | San Diego Shoulder 26th Annual Meeting |
| July 29, 2009 | Western Orthopaedic Association Annual Meeting |
| November 10, 2009 | North American Spine Society 24th Annual Meeting, San Francisco |
| May 14 – 15, 2010 | Nevada Orthopedic Society Annual Meeting, Las Vegas, NV |
| November 18-20, 2010 | AAOS Board Maintenance of Certification Preparation & Review |

| | |
|---|---|
| February 18, 2011 | AAOS Annual Meeting, San Diego, California |
| November 2-5, 2011 | North American Spine Society Annual Meeting 26th Chicago, ILL |
| November 18, 2011 | Masters In Trial: Presented by the Sacramento Valley Chapter of the American Board of Trial Advocates. |
| December 8-9, 2011 | 52nd Annual Meeting: Association of Defense Counsel of Northern California and Nevada. |
| February 7, 2012 | American Academy of Orthopaedic Surgeons 2012 Annual Meeting – San Francisco |
| July 30- Aug 2,2012 | North American Spine Society 2012 Annual meeting Kauai, Hawaii (*Topics, lectures & discussions of meetings upon request*) |
| November 18, 2012 | Masters In Trial: Presented by the Sacramento Valley Chapter of the American Board of Trial Advocates. |
| December 6-7,2012 | 53rd Annual Meeting: Association of Defense Counsel of Northern California and Nevada. |
| May 31-June 1, 2013 | 8th Annual UCSF Spine Symposium, San Francisco, CA |
| November 15, 2013 | Masters In Trial: Presented by the Sacramento Valley Chapter of the American Board of Trial Advocates |
| January 19-23, 2014 | Orthopedics Today, Maui, Hawaii |
| May 30-31, 2014 | 9th Annual UCSF Spine Symposium, San Francisco, CA |
| November 21, 2014 | Masters In Trial: Presented by the Sacramento Valley Chapter of the American Board of Trial Advocates- Defense Expert |
| January 18-22, 2015 | Orthopedics Today, Kauai, Hawaii |
| March 24-27, 2015 | Annual Meeting: American Academy of Orthopedic Surgeons Las Vegas, NV |
| March 28, 2015 | Federation of Spine Association Meeting, Las Vegas, NV |

May 5, 2015              Medical Marijuana: From Theory to Practical Application. University of
                        Nevada School of Medicine; Las Vegas, NV.


February 4-6,2016        Cedars-Sinai Medical Center 15th Annual Symposia On Current
                        Concepts in Spinal Disorders, Caesar's Palace, Las Vegas, NV


August 24, 2016          Essentials of Addiction Medicine, Anaheim, CA


October 25-29, 2016      North American Spine Society, Annual Meeting. Boston, MA


February 22-26, 2017     North American Spine Society, Winter Summit Meeting, Park
                        City, UT.

**Paraplegic Pitfalls:**
Medical Management of Chronic Pain after Spinal Cord Injury.
Indications and Outcomes for Spinal Cord Stimulators for Chronic
Pain in Spinal Cord Injury.
Charcot Spinal Arthropathy-Definition, Incidence and Treatment.
Surgical Management: Case-based Panel Discussion.

**Minimally Invasive Surgery Symposium:**
Expandable Cages in MIS Surgery.
Robotic Spine Surgery: Is it Gimmick or Is There Value?
Image Guidance and Intraoperative Navigation for MIS.
MIS for Treatment of Spine Tumors.
Minimally Invasive spine Surgery for Adult Spinal Deformity.

**Medical Session: Cervical Spondylosis/Stenosis:**
Differential Diagnosis, Patient Selection and Advanced Procedural
"Pearls".
Imaging: Differential Diagnosis, Masqueraders, Correlation of
Finding with Symptomatic Disease.
Physical Therapy: Evidence-based v Experienced-based approach.
Cervical Epidural Steroid Injections: Do the Benefits Outweigh the
Risks?
New Surgical Technologies.

**Adult Deformity Symposium:**
Spinal Pelvic Alignment: Understanding of Parameters and Patient
Outcomes.

What is the Role of Computer-Assisted Software (i.e. Surgimap)?
Normal L5-S1 Disc: Can I stop at L5? Or Do I need to go to the Pelvis?
Case Presentation for Panel-Strategies for Deformity Correction.

**Thoracic Pain:**
Differential Diagnosis, Prevalence, Aging Population, History and Physical Exam Findings.
Imaging: Differential Diagnosis, Masqueraders, Correlation of Finding with Symptomatic Disease.
Physical Therapy: Evidenced-based v Experienced-based Approach.
Injections: Do they Work? Risk v Benefit.

June 24, 2017            Seattle Science Foundation 5th Annual One Spine Masters Course.

**Spinal Deformity: Getting to a 3D Perspective.**
Cranoiovertebral Junction (Occipit- Cervical Stabilization), Indications, Techniques, Pearls and Pitfalls.
Subaxial Cervical Spine Anatomy, Hands-on Demonstration.
Spine Navigation.
Vertebrectomy, Hands-on Demonstration.
Anatomy of the Lumbar Plexus.
Adult Deformity Correction Techniques.
Advancements in Robotic Assisted Spine Surgery.
Osteotomy, Hands-on Demonstration.
Vertebral Column Resection, Hands-on Demonstration.
The Value of a Complications Database in Spine Surgery.
Management of Degenerative Adult Scoliosis.
Spinal Cords Tumors
Automated Systems Approach to Optimizing Surgical Outcomes.
Iliosacral Screw Fixation, Hands-on Demonstration.
Panel Discussion: Challenging Case Presentation.
Hands-on Cadaver Lab.

July 26-29, 2017        North American Spine Society Summer Spine Meeting.

**Symposium: Workup of Mimicking Pathology.**
Introduction: Prevalence and Diagnostic Confidence.
Neck and Shoulder Pain: Presentation, Diagnosis and Conservative

Treatment.
Surgical Perspective to Neck and Shoulder Pain with Case
Presentation.
Hip Spine Syndrome: Presentation, Diagnosis, and Conservative
Treatment.
Surgical Perspective to Hip Spine Syndrome with Case
Presentation.

**Abstract Presentations: Cervical Spine.**
Demographic and Surgical Risk Factory for Dysphagia Associated
with ACDF Surgery. A 7-Year Study of 732 Consecutive
Surgeries.
Comparative-Effectiveness of Single-Level Anterior Cervical
Discectomy and Fusion versus Posterior Cervical Foraminotomy
for Patients with Cervical Radiculopathy: Analysis from Quality
Outcome Database.
The Outcomes of Posterior Arthrodesis for Atlantoaxial
Subluxation in Down Syndrome Patients: A Meta-Analysis.
One- or Two-Level Treatment by Arthroplasty of Cervical
Degenerative Disease: Preliminary Results after Five Years
Postoperative Controls.
Prospective Clinical and Radiographic Assessment of the Cervical
Spine in Professional Rodeo Riders after Exposure to Greater than
10G linear Acceleration.
Effect of Neck-Related Disability Scores on Satisfaction with
Outcomes 12-Months after Elective Surgery for Cervical Spine
Degenerative Disease.
The Radiologic and Clinical Results of Multilevel Anterior
Cervical Discectomy and Fusion (ACDF) with Stand-Alone Cages.

**Symposium: Cervical Myelopathy: Posterior Approaches.**
Tricks and Pearls: Indications for Laminoplasty.
Anterior Approaches, Complications, Discussion.

**Symposium: Spine Deformity:**
What a General Surgeon needs to know.
Osteotomies to Correct Adult Spinal Deformity: When, Why and
How.
Minimally Invasive Approach and New Tchnology.
Management and Mitigation of Complications.
Case Debate.

**Abstract Presentations: Thorocolumbar Surgery.**
Key Drivers of Patient Satisfaction in Lumbar Spine Surgery Setting.
3D Printed Pedicle Targeting Guide Provide a Safe, Reliable and Accurate method for Placement of Pedicle Screws.
Multilevel Posterior Column Osteotomies for Sagittal Plane Correction in the Management of Adult Degenerative Scoliosis.
Is there a Preoperative Morphine Equianalgesic Dose that Predicts Ability to Achieve a Clinically Meaningful Improvement Following Spine Surgery.

**Oblique Lateral Lumbar Interbody Fusion (OLLIF):**
A Comparative Study of Perioperative and Clinical Outcomes.
Assessment of Damage to the Iliopsoas Muscle from the Oblique Lateral Interbody Fusion Approach.
Comparative Effectiveness Between Primary and Revision Foraminotomy for the Treatment of Lumbar Foraminal Stenosis.
Long-Term (Minimum 10 Years) Clinical and Radiologic Results in Single-Level Degenerative Lumbar Stenosis with Posterior Dynamic Stabilization.

**Symposium: Cervical Radiculopathy.**
Disc Replacement: Indications, Complications, and Future.
Foraminotomy and Minimally Invasive Approach.
ACDF/Hybrid. Case Debate.

**Symposium: Korean Spinal Neurosurgery Society MISS**
Suggestion for Pure Lumbar Foraminal Stenosis Management. Minimized Solution by Percutaneous Endoscopic Lumbar Foraminotomy.
New Trial of MISS: Percutaneous Biportal Endoscopic Approach for Lumbar Foraminal Stenosis.
Not Enough: A more Thorough Decompression Only by MED Paraspinal Approach.
Not Stable: Proven Longevity for Efficacy by MIS-TLIF.

**Symposium: Lumbar Stenosis/Spondylolisthesis.**
Revision Surgery: Pearls and Tricks.
Complications and Management.
Case Debate.

**Abstract Presentations: Basic Science.**

Peptide Amphiphile Nano-Slurry as an Improved BMP-2 Carrier for Spinal Arthrodesis.
Cigarette Smoke-Induced Inhibition of Osteogenesis Through Involvement of the Aryl Hydrocarbon Receptor.
Skeletal Muscle Cell Oxidative Stress as a Possible Therapeutic Target for Sarcopenia.
Anatomical Analysis of the Lumbar Segmental Artery in the Oblique Lateral Interbody Fusion Approach Using Magnetic Resonance Imaging.
Mechanical Diagnosis and Therapy: Benefits of Early Access versus Delayed in Risk-Stratified Low Back pain Populations.
Modic Changes on Magnetic Resonance Imaging and Endplate Remodeling on Computed Tomography after Posterolateral Fusion Surgery.
The Impact of Immediate Post-Discharge Complications on Hospital Consumer Assessment of Healthcare Providers and Systems (HCAHPS) Survey Results in a Lumbar spine surgery Population.
The Effect of Prior Surgery on Hospital Consumer Assessment of Healthcare Providers and Systems (HCAHPS) Scores in Lumbar Spine Surgery Patients.
Risk Factors of Proximal Junctional Kyphosis after Multilevel Fusion Surgery: More Than Two-Years Follow-Up Data.

**Symposium: Oncology.**
Metastatic Spine Disease and Stability.
Primary Spine Tumors. XRT Strategies.
Case Debate.

October 7, 2017          **Effective Functioning of Wellbeing Committees**.
Cooperative of American Physicians Inc. Oakland, CA.

October 25-28, 2017     **North American Spine Society's 2017 Annual Meeting, Orlando FL.**
Interdisciplinary Spine Forum: Tandem Spinal Stenosis.
Symposium: Healthcare Reform 2.0.
Abstract Presentations: Lumbar Discectomy and Arthroplasty.
Abstract Presentations: Degenerative Spondylolisthesis and Degenerative Scoliosis.
Symposium: Low Back Pain: Connections to Inflammation, Movement, Neuromuscular Control.
Interdisciplinary Spine Forum: Restructuring and Integrating Spine

Care.
Moderator - Symposium: Spine Connect Presentations.
Section on Robotics and Navigation.
Interdisciplinary Symposium: Producing High-Value Care: The Fundamental Missing Piece.
Interdisciplinary Spine Forum: Women's Issues in Spine Care.
Abstract Presentation: Adult Deformity 1.
Symposium: The Opioid Predicament: Implications for Spine Physicians and Surgeons.
Interdisciplinary Spine Forum: Military Injury/Engineering/Biomechanics.
Abstract Presentations: Proximal Junction Kyphosis.
Symposium: From Gutenberg to Facebook: The Future of Scientific Communication.
Abstract Presentations: Thoracolumbar Osteotomies and Lumbosacral Fixation.
Symposium: What Lurks Beneath? The Link Between the Presence of Occult Pathogens and Failed Surgery.

February 21-24,2018        North American Spine Society,14[th] Annual Evidence & Technology Spine Summit, Park City, Utah

July 29 – August 2, 2018   North American Spine Society: Spine Across the Sea, Kauai, HI

September 26-29,2018       North American Spine Society, Annual Meeting, Los Angeles,CA


**BOARD CERTIFICATION**

- ❖ Diplomat – American Board of Orthopaedic Surgery, October 1976

**PROFESSIONAL ORGANIZATIONS:**

- ❖ Fellow, American College of Surgeons, October, 1979
- ❖ Fellow, American Academy of Orthopedic Surgeons, February, 1980
- ❖ Sacramento - Sierra Valley Medical Society
- ❖ California Orthopedic Association
- ❖ Western Orthopedic Association
- ❖ North American Spine Society

**PRESENTATIONS:**

1. "The Role of the Mast Cell in the Coronary Circulation of the Dog" (Masters Thesis), Drexel University, June, 1963

2. "Lymphatico-Venous Anastomoses: Experimental Study in the Dog", Honorable Mention, Student Research Day, University of Miami School of Medicine, May, 1965

3. "Spontaneous Posterior Interosseous Nerve Palsy", presented at the Society of Military Orthopedic Surgeons, Portsmouth, Virginia, November, 1972

4. "Anatomy of a Medical-Legal Report", presented to the Staff at Friday Afternoon Staff Conference, Mercy San Juan Medical Center, Carmichael, California, February, 1978

5. Instructor, Seminar on Back Injuries, Roseville Community Hospital, Roseville, California, March 7, 1978

6. Greater Sacramento Professional Standards Review Organization, Subject Discussed: "Orthopedics and the Review Nurse". October, 1978

7. Hyperbaric Oxygen, Moderator of Three-Hour Seminar at Roseville Community Hospital, Roseville, California. February 1, 1979

8. Moderator, Hyperbaric Oxygen Seminar, Presented to the Staff at Mercy San Juan Medical Center, Carmichael, California. February 1, 1979

9. "Management Open Tibial Fractures and Osteomyelitis", presented September 12, 1980, El Rancho Motor Inn, Sacramento, California, as part of a one-day seminar on Hyperbaric Oxygen

10. "Osteomyelitis, the Extent of the Problem", presentation to the Golden West Orthopedic Group Workshop, Red Lion Motor Inn, Sacramento, California, April 30, 1982

11. "Clinical Applications of Hyperbaric Oxygen", presentation to the Medical Staff, John Muir Hospital, Walnut Creek, California, on Grand Rounds, May 2, 1982

12. "Surgical Application of Hyperbaric Oxygen", Thursday, March 24, 1983, Sutter General Hospital, Sacramento, California

13. "Chronic Refractory Osteomyelitis in Crush Injury", Trauma Seminar, Brookside Hospital, Richmond, California, April, 1983

14. "Hyperbaric Oxygen for Use in Difficult Extremity Wounds", presentation to the Greater Sacramento Society of Plastic Surgeons, May, 1983

15. "Role of Hyperbaric Oxygen Therapy in the Management of Acute Trauma", Trauma Seminar, June 11, 1983, Brookside Hospital, San Pablo, California

16. "Utilization of Hyperbaric Oxygen in Healing of Segmental Defects in the Open Tibial Fractures", presentation at the 8th International Congress on Hyperbaric Medicine, Long Beach, California, August 19-22, 1984

17. "Utilization of Hyperbaric Oxygen in the Clinical Setting", presentation to Medical Staff, St. Joseph's Hospital, Stockton, California, at Ground Rounds, April, 1986

18. "Clinical Indications for Adjunctive Hyperbaric Oxygen", presented to the Sacramento Chapter of Medical Transcriptionists, Mercy San Juan Medical Center, November, 1986

19. "Orthopedic Overview of the Injured Worker", presentation March 12, 1987 at Beverly Garland Hotel, Sacramento, California, at a Conference on "Rehabilitation Issues of the Injured Worker."

20. "Clinical Application of Hyperbaric Oxygen", presentation to the Department of Otolaryngology, Grand Rounds, UCD Medical Center, March 27, 1987

21. "Total Knee Arthroplasty", presentation to "The Hipsters Club", June 22, 1988 U.C. Davis Medical Center

22. Instructor, IEA Class, Medical Management of Workers' Compensation Claims, Continental Insurance Co. 11030 Sun Center Drive, Rancho Cordova, May 23, 1990

23. "Total Hip and Knee Arthroplasty" - presentation to State Compensation Insurance Fund, Redding, California, March 6, 1992

24. "Endoscopic Carpal Tunnel Surgery" - Capitol City Trial Lawyers Association, June 20, 1993, Sacramento, California

25. "Anatomy and Arthroscopic Surgery of the Knee" - Capitol City Trial Lawyers Association, Maui Hawaii, November 2, 1993

26. "Indication and Timing of IME Referral" – Presented to California State Automobile Association, Redding, California, August 4, 2000

27. "Indications for an IME": Food for Thought, Matheny, Sears, Linkert & Long, March 7, 2003

28. "Injury: An Interesting Word" – MRK Medical Consultants seminar, July 17, 2003, Radisson Hotel, Sacramento, California

29. "Anatomy of a Medical/Legal Report and Timing of an IME" – MRK Medical

Consultants seminar, July 17, 2003, Radisson Hotel, Sacramento, California

30. Physician Burnout: "Why you are at risk and what you can do about it": Grand Rounds: Mercy Hospital of Folsom, April 9,2014 and Mercy San Juan Medical Center, April 11,2014

31. "The Aging Physician and Disruptive Behavior". Presentation to Medical Executive Committee, Mercy San Juan Medical Center, June 4, 2015.

32. Moderator, Symposium, SPINECONNECT , NASS Annual Meeting, October 26,2016, Boston, MA.

33. Physician Burnout, Disruptive Behavior and Physician Suicide, Friday Afternoon Conference Mercy San Juan Medical Center, Carmichael, March 31, 2017.

34. Physician Burnout, Disruptive Behavior and Physician Suicide, Medical Executive Committee, Mercy San Juan Medical Center, Carmichael, May 17, 2017.

35. Moderator, Symposium, SPINECONNECT , NASS Annual Meeting, October 26,2017, Orlando,FL.

36. Physician Burnout, Disruptive Behavior and Physician Suicide, Sierra Nevada Memorial Hospital, Grass Valley, CA. November 13, 2017.

37. Physician Burnout, Who's at Risk and What You Can Do About It. Presentation to Spouses & Significant Others; Dignity Health Retreat, Napa,CA, February 10,2018

38. The Late Career Physician. Presentation to the MEC, Administrators and invited Guests,: Dignity Health Retreat, Napa,CA, February 10,2018.

39. Osteoporosis: It's origin,the extent of the problem, pathophysiology,diagnosis, Treatment and pro-active national and local educational programs.

   6th International GOSICON Fragility Fracture Network, September 6-9, 2018,

   All India Institute of Medical Science,New Delhi,India

**PUBLICATIONS:**

*Salvage of Infected Nonhealing Leg Fractures*, published in Proceedings of the 8th International Congress on Hyperbaric Medicine, Sydney, Australia, March 1987

*Move Over, I'm Driving,* Sacramento Medicine, publication of the Sacramento-El Dorado Medical society, two-part article published in the February and March issues.  Topic covers physicians and the health care environment, with specific attention to physician viability in the changing health care marketplace.

*Evidence Based Medicine*, Calif-Legal.com, June 2008.

## MILITARY SERVICE:

| | |
|---|---|
| September 1965 - July, 1977 | Voluntary separation with the rank of Lt. Colonel |
| July, 1971 | Awarded Air Force Commendation Medal, July, 1971, for work as Drug Abuse Control Officer while stationed at Rhein-Main AFB, Germany, August, 1967 - July, 1971 |
| June 1, 1990 – February 1, 1991 | 921st MASH, Sacramento, CA Philip Beck, Colonel, Medical Corps, USAR, Commander. |
| February 1, 1991 - April 28, 1991 | Operation Desert Storm, Orthopedic Surgery Service, Brooke Army Medical Center, Fort Sam Houston, TX.  Allan L. Bucknell, Colonel, Medical corps, USA, Chief, Orthopedic Surgery Service. |
| May 1, 1991 - May 4, 1993 | 921st MASH |
| May 5, 1993 to June, 1998 | 349th Contingency Hospital, 530 Airlift Drive, Travis AFB, California |
| June, 1998 | Lt. Col., USAFR (Retired) |

## LICENSURE:

| | | DATE ISSUED |
|---|---|---|
| California | C-31935 | 12/19/69 |
| Nevada | 12723 | 06/13/08 |
| Florida | 1296 (inactive) | 08/25/67 |
| BNDD | AK 6704438 | 01/23/86 |

## SPECIAL QUALIFICATIONS:

Qualified Medical Evaluator, State of California Division of Worker's Compensation, September, 1994 – September 1998

Revised 10/2/2018