# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

## JUDGMENT IN A CIVIL CASE

MARY BERKELEY,

    Plaintiff,                      2:18-CV-02173-TLN-DB

  v.


COSTCO WHOLESALE CORPORATION,

    Defendant.


IT IS ORDERED AND ADJUDGED:

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE OFFER OF JUDGMENT PURSUANT TO FRCP RULE 68, AND NOTICE OF ACCEPTANCE OF OFFER BY PLAINTIFF, FILED WITH THE COURT ON OCTOBER 4, 2019.**

                                                Marianne Matherly,
                                                Clerk of the Court

ENTERED:    October 15, 2019

                                                by: */s/ Michele Krueger*
                                                    Michele Krueger,
                                                    Courtroom Deputy