Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
MATTHEW C. JAIME (SBN 140340)
ROBERT W. SWEETIN (SBN 297130)
SARAH M. WOOLSTON (SBN 320510)
3638 American River Drive
Sacramento, California 95864
Telephone: (916) 978-3434
Facsimile: (916) 978-3430

Attorneys for Defendant, COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY BERKELEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1 to 25, inclusive,<br><br>　　　　Defendant. | Case No. 2:18-cv-02173-TLN-DB<br><br>**NOTICE AND ACKNOWLEDGEMENT OF SATISFACTION OF JUDGMENT BY DEFENDANT COSTCO WHOLESALE CORPORATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Honorable Troy L. Nunley |

**TO: UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF CALIFORNIA, PLEASE TAKE NOTICE** that, pursuant to defendant's Offer of Judgement pursuant to FRCP Rule 68, and Notice of Acceptance of Offer by Plaintiff, filed with the court on October 4, 2019, and Judgement entered October 15, 2019, defendant has fully and finally satisfied said judgement by payment of the full amount to plaintiff. The total amount of $10,000 was tendered to plaintiff January 8, 2020. A copy of said settlement draft is attached hereto as Exhibit "A".

//
//
//
//

1

Accordingly, the parties hereto respectfully request that this action be dismissed with prejudice.

**SPINELLI, DONALD & NOTT**

DATED: January 20, 2020      BY: ____/s/_____
                                      ROSS NOTT, ESQ.,
                                      Attorney for Plaintiff, MARY BERKELEY

DATED: January 8, 2020       **MATHENY SEARS LINKERT & JAIME LLP**


BY:    /s/
        MATTHEW C. JAIME, ESQ.,
        Attorney for Defendant, COSTCO
        WHOLESALE CORPORATION


### **ORDER**

Good cause appearing therefore, IT IS SO ORDERED:

DATED: February 20, 2020

_____
Troy L. Nunley
United States District Judge

2

*NOTICE AND ACKNOWLEDGEMENT OF SATISFACTION OF JUDGMENT BY DEFENDANT COSTCO WHOLESALE CORPORATION AND ORDER OF DISMISSAL WITH PREJUDICE*

# EXHIBIT "A"

GB-DOWNERS GROVE/COSTCO
P.O. BOX 6330
OAKBROOK TERRACE IL 60181-5318


Claims Administration

PAGE 1 OF 1

0102178 01 RE 0.425 **AUTO T5 2 1751 95864-590138  -P02180
MATT JAIME, ESQ.
MATHENEY SEARS
3638 AMERICAN RIVER DRIVE
SACRAMENTO CA 95864-5901

DIRECT INQUIRIES TO:

PHONE: 1-630-282-1200
GB-DOWNERS GROVE/COSTCO
P.O. BOX 6330
OAKBROOK TERRACE IL 60181-5318

GALLAGHER BASSETT SERVICES INC FOR COSTCO WHOLESA

| | | | |
|---|---|---|---|
| CLAIM NO. | 003632 469864 GB 01 | BRANCH NO. 197 | CHECK NO. 0160045965 |
| CLAIMANT: | MARY BERKELEY | ACC. DATE 08-Jan-2017 | VN. 0000481338 |
| DESCRIPTION: | FULL AND FINAL SETTLEMENT | | DATE: 30-Dec-2019 |
| | | PAYMENT AMOUNT: | $10,000.00 |

DETACH AND RETAIN THIS STUB FOR YOUR RECORDS

CHECK NO. 0160045965 ATTACHED BELOW


Claims Administration

GALLAGHER BASSETT SERVICES INC FOR COSTCO WHOLESALE CORP

CHECK NO. 0160045965
VN. 0000481338
DATE: 12/30/2019

CLAIM NO. 003632 469864 GB 01   (098-0771)   BRANCH NO.: 197

Ten Thousand and 00/100 Dollars

62-20 / 311

PAY TO THE ORDER OF:
MARY BERKELEY AND
SPINELLI DONALD NOTT
601 UNIVERSITY AVENUE
SUITE 225
SACRAMENTO CA 95825

$$$$$$$$$$10,000.00

NOT VALID AFTER 90 DAYS

*Donna M. Korte*
AUTHORIZED SIGNATURE

Citibank

⑈0160045965⑈  ⑆031100209⑆  4007490 1⑈